**DISMISS; and Opinion Filed July 5, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00493-CV

**MELANIE GRIMES, Appellant**
**V.**
**MYCHELE LORD, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18118**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Lang-Miers

Before the Court is appellant's June 28, 2016 voluntary motion to dismiss this appeal.

We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

160493F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MELANIE GRIMES, Appellant

No. 05-16-00493-CV     V.

MYCHELE LORD, Appellee

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-15-18118.
Opinion delivered by Justice Lang-Miers.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Pursuant to the parties' agreement, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 5th day of July, 2016.